NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001030
10-JUN-2013
08:52 AM**

NO. CAAP-12-0001030

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GLORIA S. FUKUMITSU, Trustee of the
Marvin H. Fukumitsu Revocable Trust, Plaintiff-Appellee,
v.
GEORGE RUISUKU FUKUMITSU; MOSES KEAOPOLOHIWA KEAULANI, et al.,
Defendants-Appellants
and
RAYMOND IWALANI KAMAKA AND STANLEY KAMAKANANAHUKILANI KAMAKA,
Real Parties in Interest-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 08-1-0843)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On November 15, 2012, Real Parties in Interest-Appellants HRH Raymond Iwalani Kamaka and HRH Stanley Kamakananahukilani Kamaka, Royal Heirs of Kamehameha, Royal Order of Kamehameha I, APAG (Appellants), pro se, filed a notice of appeal;

(2) The record on appeal was filed February 20, 2013, an amended record on appeal was filed February 22, 2013, and the appellate clerk informed Appellants that the statement of jurisdiction was due by March 7, 2013, and the opening brief was due by April 8, 2013;

(3) Appellants did not file either document;

(4) On May 24, 2013, the appellate clerk informed Appellants that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to Rule 30 of the Hawaiʻi Rules of Appellate Procedure, the matter would be called to the court's attention on June 3, 2013, for such action as the court deems proper, which could include dismissal; and

(5) Thereafter, Appellants did not file a statement of jurisdiction or opening brief, or respond to the default notice. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi,  June 10, 2013.

Chief Judge

Associate Judge

Associate Judge

-2-